*It is so ordered. This matter is hereby dismissed without prejudice.*
*/s/ John R. Adams*
*U.S. District Judge*
*4/8/2021*

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| **KIM GUERRERO**, on behalf of herself and all other similarly situated persons, | ) ) ) | |
| | ) | CASE NO. 5:21-cv-00372 |
| Plaintiff, | ) ) | JUDGE JOHN R. ADAMS |
| v. | ) ) | |
| **FCA US LLC**, | ) ) | |
| Defendant. | ) | |

**PLAINTIFF'S NOTICE RULE 41 DISMISSAL WITHOUT PREJUDICE**

NOW COMES Plaintiff, Kim Guerrero, by and through counsel, and hereby dismisses this case without prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i). Plaintiff's Complaint was filed on February 16, 2021,[1] and no answer or other response has been made.[2]

Respectfully Submitted,

**NILGES DRAHER LLC**

*/s/ Robi J. Baishnab*
Robi J. Baishnab (#0086195)
34 N. High St., Ste. 502
Columbus, OH 43215
Telephone: (614) 824-5770
Facsimile: (330) 754-1430
Email: rbaishnab@ohlaborlaw.com

Hans A. Nilges (#0076017)
Shannon M. Draher (#0074304)
7266 Portage Street, N.W., Suite D
Massillon, OH 44646
Telephone: (330) 470-4428
Facsimile: (330) 754-1430
Email: hans@ohlaborlaw.com
sdraher@ohlaborlaw.com

*Attorneys for Plaintiff*

---

[1] ECF No. 1.
[2] *See e.g.* ECF Nos. 5, 7 to 9, and 11 to 12.